IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE BUSTAMANTE, <br> # 16307-003, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | * <br> * <br> * <br> * <br> * CRIMINAL NO. 16-00018-WS-B <br> * CIVIL ACTION NO. 19-00941-WS-B <br> * <br> * <br> * <br> * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 14, 2022 (Doc. 176) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Jacqueline Bustamante's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 168) is **DISMISSED with prejudice**, and that Petitioner Bustamante is not entitled to the issuance of a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** this 11th day of March, 2022.

s/William H. Steele
**UNITED STATES DISTRICT JUDGE**