IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE BUSTAMANTE, <br> # 16307-003, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | * <br> * <br> * <br> * <br> * CRIMINAL NO. 16-00018-WS-B <br> * CIVIL ACTION NO. 19-00941-WS-B <br> * <br> * <br> * <br> * |

### JUDGMENT

In accordance with the Order entered this date dismissing Petitioner Jacqueline Bustamante's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Jacqueline Bustamante, and that Petitioner Bustamante is not entitled to the issuance of a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** this 11th day of March, 2022.

s/William H. Steele
**UNITED STATES DISTRICT JUDGE**